# Court of Appeals
# of the State of Georgia

ATLANTA,  October 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0655. IN THE INTEREST OF J. I. E. AND J. E. E., children.**

After the juvenile court terminated her parental rights, the mother of J. I. E. and J. E. E. filed an application for a discretionary appeal. We granted that application based on the representations of the mother and the termination order, as no appellate record was available. Having now reviewed the entire appellate record, however, it appears that there is no basis for reversing the juvenile court's order, and we therefore conclude that the appeal was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/27/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*